UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

In Re: JAMES J WIMMER  
TAMMY JO WIMMER

CASE NO.12-60812-RBK

DEBTOR(S)

CHAPTER 13

### NOTICE TO PAY UNCLAIMED FUNDS INTO THE COURT

COMES NOW, Ray Hendren, the Chapter 13 Trustee in this case, and reports the following:

1. Debtors filed for relief under Chapter 13 on Tuesday, July 31, 2012. The Debtors' plan has been confirmed by the Court on October 23, 2012.

2. Stellar Recovery Inc, (the "Creditor") filed a proof of claim in this case. Disbursement checks to this creditor have been returned to the Trustee's office. The Trustee has attempted to locate the creditor but has been unsuccessful in his attempts.

3. The Trustee, therefore, believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code, as the creditor has failed to negotiate it's distribution checks.

4. The Trustee's check for $4,093.67, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure, the Trustee files the following list of all known names and addresses of the persons and the amounts to which they are entitled to be paid from the estate.

| Name and Address of Creditor | Amount of Disbursement Check |
|---|---|
| Stellar Recovery Inc<br>1845 Hwy 93 South Ste #310<br>Kalispell, MT  59901 | $4,093.67 |

Dated: April 25, 2016

/s/Ray Hendren  
Ray Hendren  
3410 Far West Blvd  
Suite 200  
Austin, TX  78731  
(512) 474-6309

1

UNITED STATES BANKRUPTCY COURT
Western District of Texas
Waco

IN RE:  
**James J Wimmer**  
**Tammy Jo Wimmer**

CASE NO.: **12-60812**

CHAPTER 13

### CERTIFICATE OF SERVICE
--------------------------------------

I, Ray Hendren, hereby certify that a true and correct copy of the attached document was served upon the following parties via electronic means as listed on the Court's ECF noticing sytem or by regular mail on **April 25, 2016**.

| | | |
|---|---|---|
| James J Wimmer<br>Tammy Jo Wimmer<br>654 Cr 240<br>Cameron, TX  76520 | Ed L Laughlin<br>1509 W Ave J<br>Temple, TX  76504 | Mccreary Veselka Bragg Allen<br>Po Box 1269<br>Round Rock, TX  78680 |
| Codilis & Stawiarski<br>650 N Sam Houston Pkwy Ste 450<br>Houston, TX  77060 | | |
| Stellar Recovery Inc<br>1845 Hwy 93 South Ste #310<br>Kalispell, MT  59901 | United States Trustee<br>903 San Jacinto<br>Suite 230<br>Austin, TX 79701 | |

/s/ Ray Hendren
_____
Ray Hendren
CHAPTER 13 TRUSTEE
3410 Far West Blvd
Suite 200
Austin, Tx  78731

2