UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

In Re:  JAMES J WIMMER                                       CASE NO.12-60812-RBK
         TAMMY JO WIMMER

         DEBTOR(S)                                            CHAPTER 13

NOTICE TO PAY UNCLAIMED FUNDS INTO THE COURT

   COMES NOW, Ray Hendren, the Chapter 13 Trustee in this case, and reports the following:

1. Debtors filed for relief under Chapter 13 on Tuesday, July 31, 2012.  The Debtors' plan has been confirmed by the Court on October 23, 2012.

2. Stellar Recovery Inc, (the "Creditor") filed a proof of claim in this case.  Disbursement checks to this creditor have been returned to the Trustee's office.  The Trustee has attempted to locate the creditor but has been unsuccessful in his attempts.

3. The Trustee, therefore, believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code, as the creditor has failed to negotiate it's distribution checks.

4. The Trustee's check for $4,989.44, payable to the Clerk of the Court, is attached to this notice.

   FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure, the Trustee files the following list of all known names and addresses of the persons and the amounts to which they are entitled to be paid from the estate.

| Name and Address of Creditor | Amount of Disbursement Check |
|---|---|
| Stellar Recovery Inc<br>1845 Hwy 93 South Ste #310<br>Kalispell, MT  59901 | $4,989.44 |

Dated:  November 18, 2016                     /s/Ray Hendren_____
                                              Ray Hendren
                                              3410 Far West Blvd
                                              Suite 200
                                              Austin, TX  78731
                                              (512) 474-6309

1

UNITED STATES BANKRUPTCY COURT
Western District of Texas
Waco

IN RE:  CASE NO.: **12-60812**
**James J Wimmer**
**Tammy Jo Wimmer**  CHAPTER 13

## CERTIFICATE OF SERVICE

I, Ray Hendren, hereby certify that a true and correct copy of the attached document was served upon the following parties via electronic means as listed on the Court's ECF noticing sytem or by regular mail on **November 18, 2016**.

---

James J Wimmer
Tammy Jo Wimmer
654 Cr 240
Cameron, TX 76520

Ed L Laughlin
1509 W Ave J
Temple, TX 76504

Mccreary Veselka Bragg Allen
Po Box 1269
Round Rock, TX 78680

Codilis & Stawiarski
650 N Sam Houston Pkwy Ste 450
Houston, TX 77060

Stellar Recovery Inc
1845 Hwy 93 South Ste #310
Kalispell, MT 59901

United States Trustee
903 San Jacinto
Suite 230
Austin, TX 79701

/s/ Ray Hendren
_____
Ray Hendren
CHAPTER 13 TRUSTEE
3410 Far West Blvd
Suite 200
Austin, Tx 78731

2